IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS DREW, | : | CIVIL ACTION |
| | : | NO. 15-2725 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, et al., | : | |
| | : | |
| Respondents. | : | |

# **O R D E R**

**AND NOW**, this **10th** day of **April, 2017**, after review of the Petition for a Writ of Habeas Corpus (ECF No. 1), the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (ECF No. 21), and Petitioner's objections thereto (ECF No. 24), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) The Report and Recommendation (ECF No. 21) is **APPROVED** and **ADOPTED**;

(2) Petitioner's Objections to the Report and Recommendation (ECF No. 24) are **OVERRULED**;

(3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE**;

(4) A certificate of appealability shall **NOT** issue; and

(4) The Clerk of Court shall mark this case as **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**